IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:     **David Shenolf Hannah,**                Chapter  13
                                                    Case No.  18-10492

           Debtor(s)

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will pay not less than _____ % of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☒ Raise payments/extend plan as follows:  $764 (100%)

☐ Change valuation(s) as follows:

☒ Allow/Modify/Disallow claims as follows: 1st Franklin (claim 5.0) Fully secured
4657.68 w/ 0.0%, 100 MMP. Debtor to retain 2000 chevy Impala, Tiro mower
☐ Other: — & all other collat'l.
General unsecured creditors to be paid 5.5% interest.

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This ___21___ day of ___May___, 20__18__.

_____          _____
Debtor's Counsel  Matthew Duncan   for Chapter 13 Trustee
_____              Cortney R. Elam
Debtor                                  GA. Bar No. 143688

_____
Debtor

_____
Creditor's Counsel   1st Franklin

_____
Creditor's Counsel

Revised 12/1/2017                                   Form 2017-4-A